UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| v. | : | Mag. No. 12-7234 |
| MAXWELL POKU | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Justin C. Danilewitz, Assistant United States Attorney, appearing), and the Defendant Maxwell Poku (Henry Klingeman, Esq., appearing for Defendant) for an order granting a continuance of the proceedings in the above-captioned matter; and the Defendant being aware that he has the right under 18 U.S.C. § 3161(b) to have the matter presented to a Grand Jury within thirty (30) days of his arrest; and the Defendant through his attorney having consented to the continuance; and four prior continuances having been granted; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The parties seek additional time to achieve successful resolution of negotiations, which would render trial of this matter unnecessary.
2. Defendant has consented to the aforementioned continuance.
3. The grant of a continuance will likely conserve judicial resources.

1

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this 23rd day of April, 2013,

ORDERED that the proceedings in the above-captioned matter are continued from April 30, 2013 through June 30, 2013; and

IT IS FURTHER ORDERED that the period from April 30, 2013 through June 30, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE CATHY L. WALDOR
United States Magistrate Judge


Consented and Agreed to by:

_____
Henry Klingeman, Esq.
Anna G. Cominsky, Esq.

_____
Justin C. Danilewitz
David M. Eskew
Assistant United States Attorneys

2