UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| v. | : | Mag. No. 12-7234 |
| MAXWELL POKU | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Justin C. Danilewitz, Assistant United States Attorney, appearing), and the Defendant Maxwell Poku (Henry Klingeman, Esq., appearing for Defendant) for an order granting a continuance of the proceedings in the above-captioned matter; and the Defendant being aware that he has the right under 18 U.S.C. § 3161(b) to have the matter presented to a Grand Jury within thirty (30) days of his arrest; and the Defendant through his attorney having consented to the continuance; and eleven prior continuances having been granted; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The defendant has signed a plea agreement, and a date and time for the formal entry of the defendant's plea before U.S. District Judge Joseph H. Rodriguez (July 30, 2014, at 10:00 a.m.) has been set.

2. In an oral Order granted by U.S. Magistrate Judge Cathy L. Waldor on June 19, 2014, the defendant's application for permission to leave the United States to travel to Ghana, for the period from June 27, 2014 to August 3, 2014, was granted.

3. Defendant has consented to the aforementioned continuance.

4. The grant of a continuance will likely conserve judicial resources.

5. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this 23rd day of June, 2014,

ORDERED that the proceedings in the above-captioned matter are continued from June 30, 2014 through August 31, 2014; and

IT IS FURTHER ORDERED that the period from June 30, 2014 through August 31, 2014 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE CATHY L. WALDOR
United States Magistrate Judge

Consented and Agreed to by:

Henry Klingeman, Esq.
Counsel to Maxwell Poku

/s/ Justin C. Danilewitz
Justin C. Danilewitz
Assistant United States Attorney

2