**KROVATIN KLINGEMAN LLC**
Henry E. Klingeman, Esq.
60 Park Place, Suite 1100
Newark, New Jersey 07102
(973) 424-9777
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Honorable Cathy L. Waldor, U.S.M.J. |
| vs. | Mag. No. 12-7234 (CLW) |
| MAXWELL POKU, | **ORDER FOR RETURN OF DEPOSIT OF BAIL** |
| Defendant. | |

It appearing to the Court that the above-named defendant posted a bond in the amount of Twenty-Five Thousand Dollars ($25,000.00) and a deed for property located at 215 Maple Avenue, Union, New Jersey as security until the defendant returned from Ghana;

And it further appearing that the defendant has returned from Ghana and purposes of said security have been fulfilled;

IT IS ON THIS _____ day of August, 2014,

ORDERED THAT the sum of Twenty-Five Thousand Dollars ($25,000.00) and deed on the 215 Maple Avenue property be returned to defendant Maxwell Poku.

_____
HONORABLE CATHY L. WALDOR
United States Magistrate Judge